# EXHIBIT A

## PRIMARY CARE

Complex Care Center

Adela Planerova, DDS, MS
Director of Dental Services at Complex Care Center
905 Culver Rd. Rochester. NY. 14609



**UNIVERSITY of ROCHESTER MEDICAL CENTER**

MEDICINE of THE HIGHEST ORDER

Re: Jessica, McKenna (11/1/1986)

July 14, 2021

To whom it may concern,

Our mutual patient Jessica McKenna was recently seen for evaluation and treatment at The Complex Cere Center, Dental clinic, Eastman Institute for Oral Health, University of Rochester.

This patient's complex medical history includes familial Cold Autoinflamatory disease, severe exocrine pancreatic insufficiency, small fiver nueropathy, autonomic dysfunction, bile duct dilatation, chronic pancreatitis, colitis, colonic intertia, fatty liver, Hypermobility syndrome, hypoglycemia, joint and limb edema, livedo reticularis, lymphadenopathy, lymphedema, malbsorbtion, mega colon, migraine, non-neuropathic heredofamilial amyloidosis, lymphadenopathy, pelvic venous compression, poly arthritis, pots- postural orthostatic tachycardia syndrome recto anal inhibitory reflex, Raynaud's sy, Dry mouth. Allergies to Ativan, Gluten, Stimulant laxatives, Zofran, morphine.

History of problem: Jessica is 34 y old female in our care for dental and medical needs. We provided full mouth extractions at the Operating Room settings with General Anesthesia on 2/2020. We fabricated complete dentures on 7/2020, unfortunately with side effect of possible severe local allergic reaction to acrylic bases of the dentures.

Based on clinical and X rays dental examination the diagnosis includes:
- Edentulous maxilla and mandible.

The current assessment suggests:
- Patient has been treated at our recommendation at OR Strong recently and all remaining teeth were removed during general anesthesia visit.
- Our treatment plan included replacing the missing teeth with dentures.
- Patient experienced localized allergic reactions to acrylic bases of dentures and did not tolerate to wear the denture.
- Patient is struggling with food intake as she is not able to use the dentures and it affects her wellbeing.
- Alternative treatment plan would include placement of implants which would support maxillary and mandibular bridges or overdenture, usually this treatment is not covered by insurance.

Jessica's underling medical disease limits her ability to tolerate and manage a removable denture option. We suggest to restore the function of dentition by treatment alternative of fixed bridges supported by implants due to significant of declining health due to malnutrition. We believe that restoration of dentition will benefit patients wellbeing overall.

Thank you for consideration to support this treatment plan.
Best Regards,

Adela Planerova, DDS, MS

905 Culver Rd. Rochester, NY 14609
Appointments: 585-279-7900

www.ccc.urmc.edu
fax: 585-288-1381