# EXHIBIT D

From: **Terri McKenna** <terrimckenna62@gmail.com>
Date: Mon, Feb 7, 2022 at 8:25 AM
Subject: Re: [EXTERNAL]Healthplex and mailing address
To: Teresa Bush <tbush@477home.org>

Thank you, Healthplex has:

[redacted]

PO Box 83
Middle Grove NY 12850

When we asked them to please update it they said that had to come from Nascentia. Obviously, they are not there for the patient.

Thank you so much,
Terri McKenna
Ph: 518.573.7269
Fax: 1.518.734.0486

On Mon, Feb 7, 2022, 8:02 AM Teresa Bush <tbush@477home.org> wrote:

**CAUTION!**
**This email originated from outside of the organization. DO NOT click links, open attachments, or reply unless you recognize the sender and know the content is safe. Contact Nascentia IT for assistance.**

I will be addressing without provider relations to seek any updates. I am sorry. Did healthplex have a wrong address as we have the address you have listed on this email.

I will keep you updated, thank you!

Teresa Bush RN

p: (315) 671-5158

tbush@477home.org

nascentiahealth.org

1050 W. Genesee St.

Syracuse, NY 13204

**From:** Terri McKenna <terrimckenna62@gmail.com>
**Sent:** Friday, February 4, 2022 4:18 PM
**To:** Teresa Bush <tbush@477home.org>
**Subject:** [EXTERNAL]Healthplex and mailing address

**CAUTION!**
**This email originated from outside of the organization. DO NOT click links, open attachments, or reply unless you recognize the sender and know the content is safe. Contact Nascentia IT for assistance.**

Hi Teresa,

I'm sorry to bother you again but I just spoke Healthplex member services and didn't get anywhere. They informed me that they can't tell me anything about the claim or Dr Benjamin or the status of Jess being able to go there or how Dr Benjamin needs to bill the consultation appointment or dentures. I asked if I could speak with Chelsea Hathaway Livoti and they said "who is that" I explained and asked if they have a personnel directory that they could search. They did and found her but said I couldn't speak to her but they would email Chelsea my phone number and ask her to call me. This is going nowhere. We absolutely need intervention. We're not sure what to do…Jess needs the dentures but she/we can't be stuck with a $4400 bill that Healthplex won't reimburse us for. Please help.

Also, can you please update the mailing address for Jess:
[redacted]
Middle Grove, NY 12850

Thank you so much,
Terri McKenna
Ph: 518.573.7269
Fax: 1.518.734.0486