# EXHIBIT E

01/22/2013  05:21   5186890035              REED FERENCE                           PAGE  02/05
                                         12:56:21 PM 2023164261984

## ADA Dental Claim Form — ADA VERSION 2012

### HEADER INFORMATION
1. Type of Transaction (Mark all applicable boxes)
   - [ ] Statement of Actual Services
   - [X] Request for Predetermination/Preauthorization
   - [ ] EPSDT / Title XIX
2. Predetermination/Preauthorization Number

### INSURANCE COMPANY/DENTAL BENEFIT PLAN INFORMATION
3. Company/Plan Name, Address, City, State, Zip Code

   DentaQuest
   PO Box 2906
   Milwaukee, WI 53201-2906

### OTHER COVERAGE (Mark applicable box and complete items 5-11. If none, leave blank.)
4. Dental [ ]   Medical? [ ]   (If both, complete 5-11 for dental only.)
5. Name of Policyholder/Subscriber in #4 (Last, First, Middle Initial, Suffix)
6. Date of Birth (MM/DD/CCYY)   7. Gender [ ]M [ ]F   8. Policyholder/Subscriber ID (SSN or ID#)
9. Plan/Group Number   10. Patient's Relationship to Person named in #5  [ ] Self [ ] Spouse [ ] Dependent [ ] Other
11. Other Insurance Company/Dental Benefit Plan Name, Address, City, State, Zip Code

### POLICYHOLDER/SUBSCRIBER INFORMATION (For Insurance Company Named in #3)
12. Policyholder/Subscriber Name (Last, First, Middle Initial, Suffix), Address, City, State, Zip Code

   McKenna, Jessica
   ▓▓▓▓▓▓▓▓▓▓▓▓▓
   Middle Grove, NY 12850

13. Date of Birth (MM/DD/CCYY)   14. Gender [ ]M [X]F   15. Policyholder/Subscriber ID (SSN or ID#) 10000396
16. Plan/Group Number     17. Employer Name

### PATIENT INFORMATION
18. Relationship to Policyholder/Subscriber in #12 Above  [X] Self [ ] Spouse [ ] Dependent Child [ ] Other
19. Reserved For Future Use
20. Name (Last, First, Middle Initial, Suffix), Address, City, State, Zip Code
21. Date of Birth (MM/DD/CCYY)   22. Gender [ ]M [ ]F   23. Patient ID/Account # (Assigned by Dentist) 109415 40648

### RECORD OF SERVICES PROVIDED

| # | 24. Procedure Date | 25. Area of Oral Cavity | 26. Tooth System | 27. Tooth Number(s) or Letter(s) | 28. Tooth Surface | 29. Procedure Code | 30a. Diag. Pointer | 30b. Qty. | 30. Description | 31. Fee |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 |  | 10 |  |  |  | D7951 |  | 01 | Sinus Graft/RidgeAugmen.-late | 3200.00 |
| 2 |  | 20 |  |  |  | D7951 |  | 01 | Sinus Graft/RidgeAugmen.-late | 3200.00 |
| 3 |  | 10 |  |  |  | D7950 |  | 01 | Guided bone regeneration | 3000.00 |
| 4 |  | 20 |  |  |  | D7950 |  | 01 | Guided bone regeneration | 3000.00 |
| 5 |  |  |  |  |  |  |  |  |  |  |
| 6 |  |  |  |  |  |  |  |  |  |  |
| 7 |  |  |  |  |  |  |  |  |  |  |
| 8 |  |  |  |  |  |  |  |  |  |  |
| 9 |  |  |  |  |  |  |  |  |  |  |
| 10 |  |  |  |  |  |  |  |  |  |  |

33. Missing Teeth Information (Place an "X" on each missing tooth.)
1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16
32 31 30 29 28 27 26 25 24 23 22 21 20 19 18 17

34. Diagnosis Code List Qualifier [ ]  (ICD-9 = B; ICD-10 = AB)
34a. Diagnosis Code(s)  A. _____  C. _____
(Primary diagnosis in "A")  B. _____  D. _____

31a. Other Fee(s)
32. Total Fee  12400.00

35. Remarks

### AUTHORIZATIONS
36. I have been informed of the treatment plan and associated fees. I agree to be responsible for all charges for dental services and materials not paid by my dental benefit plan, unless prohibited by law, or the treating dentist or dental practice has a contractual agreement with my plan prohibiting all or a portion of such charges. To the extent permitted by law, I consent to your use and disclosure of my protected health information to carry out payment activities in connection with this claim.

X Patient Signature on file          06/12/2023
  Patient/Guardian Signature                Date

37. I hereby authorize and direct payment of the dental benefits otherwise payable to me, directly to the below named dentist or dental entity.

X _____
  Subscriber Signature                  Date

### BILLING DENTIST OR DENTAL ENTITY (Leave blank if dentist or dental entity is not submitting claim on behalf of the patient or insured/subscriber.)

48. Name, Address, City, State, Zip Code
   Sean Ference DDS
   838 Western Avenue
   Albany, NY 12203

| 49. NPI | 50. License Number | 51. SSN or TIN |
|---|---|---|
| 1609360999 | 061790 | 872775809 |

52. Phone Number ( 518 ) 489-3201    52a. Additional Provider ID

### ANCILLARY CLAIM/TREATMENT INFORMATION
38. Place of Treatment [ 11 ] (e.g. 11=Office; 22=O/P Hospital) (Use "Place of Service Codes for Professional Claims")
39. Enclosures (Y or N) [ ]
40. Is Treatment for Orthodontics? [X] No (Skip 41-42) [ ] Yes (Complete 41-42)
41. Date Appliance Placed (MM/DD/CCYY)
42. Months of Treatment Remaining
43. Replacement of Prosthesis [ ] No [ ] Yes (Complete 44)
44. Date of Prior Placement (MM/DD/CCYY)
45. Treatment Resulting from
   [ ] Occupational illness/injury  [ ] Auto accident  [ ] Other accident
46. Date of Accident (MM/DD/CCYY)
47. Auto Accident State

### TREATING DENTIST AND TREATMENT LOCATION INFORMATION
53. I hereby certify that the procedures as indicated by date are in progress (for procedures that require multiple visits) or have been completed.

X Sean   Ference                           06/12/2023
  Signed (Treating Dentist)                   Date

54. NPI 1609360999                          55. License Number 061790
56. Address, City, State, Zip Code          56a. Provider Specialty Code 1223P0300X
   838 Western Avenue
   Albany, NY 12203
57. Phone Number ( 518 ) 489-3201           58. Additional Provider ID

01/22/2013  05:21  5186890035          REED FERENCE                           PAGE 03/05

# ADA Dental Claim Form  ADA VERSION 2012

## HEADER INFORMATION

1. Type of Transaction (Mark all applicable boxes)
   - [X] Statement of Actual Services
   - [ ] Request for Predetermination/Preauthorization
   - [ ] EPSDT / Title XIX

2. Predetermination/Preauthorization Number

## INSURANCE COMPANY/DENTAL BENEFIT PLAN INFORMATION

3. Company/Plan Name, Address, City, State, Zip Code

   DentaQuest
   PO Box 2906
   Milwaukee, WI 53201-2906

## OTHER COVERAGE (Mark applicable box and complete items 5-11. If none, leave blank.)

4. Dental? [ ]  Medical? [ ]   (If both, complete 5-11 for dental only.)

5. Name of Policyholder/Subscriber in #4 (Last, First, Middle Initial, Suffix)

6. Date of Birth (MM/DD/CCYY)    7. Gender [ ]M [ ]F    8. Policyholder/Subscriber ID (SSN or ID#)

9. Plan/Group Number    10. Patient's Relationship to Person named in #5
   [ ]Self  [ ]Spouse  [ ]Dependent  [ ]Other

11. Other Insurance Company/Dental Benefit Plan Name, Address, City, State, Zip Code

## POLICYHOLDER/SUBSCRIBER INFORMATION (For Insurance Company Named in #3)

12. Policyholder/Subscriber Name (Last, First, Middle Initial, Suffix), Address, City, State, Zip Code

    McKenna, Jessica
    Middle Grove, NY 12850

13. Date of Birth (MM/DD/CCYY)   14. Gender [ ]M [X]F   15. Policyholder/Subscriber ID (SSN or ID#)  10000396

16. Plan/Group Number    17. Employer Name

## PATIENT INFORMATION

18. Relationship to Policyholder/Subscriber in #12 Above
    [X] Self  [ ] Spouse  [ ] Dependent Child  [ ] Other

19. Reserved For Future Use

20. Name (Last, First, Middle Initial, Suffix), Address, City, State, Zip Code

21. Date of Birth (MM/DD/CCYY)   22. Gender [ ]M [ ]F   23. Patient ID/Account # (Assigned by Dentist)  109415 40653

## RECORD OF SERVICES PROVIDED

| | 24. Procedure Date (MM/DD/CCYY) | 25. Area of Oral Cavity | 26. Tooth System | 27. Tooth Number(s) or Letter(s) | 28. Tooth Surface | 29. Procedure Code | 29a. Diag. Pointer | 29b. Qty. | 30. Description | 31. Fee |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 06/02/2023 | 10 | | | | D7951 | | 01 | Sinus Graft/RidgeAugmen.-late | 3200.00 |
| 2 | 06/02/2023 | 20 | | | | D7951 | | 01 | Sinus Graft/RidgeAugmen.-late | 3200.00 |
| 3 | 06/02/2023 | 10 | | | | D7950 | | 01 | Guided bone regeneration | 3000.00 |
| 4 | 06/02/2023 | 20 | | | | D7950 | | 01 | Guided bone regeneration | 3000.00 |
| 5 | | | | | | | | | | |
| 6 | | | | | | | | | | |
| 7 | | | | | | | | | | |
| 8 | | | | | | | | | | |
| 9 | | | | | | | | | | |
| 10 | | | | | | | | | | |

33. Missing Teeth Information (Place an "X" on each missing tooth.)
    1  2  3  4  5  6  7  8  9  10  11  12  13  14  15  16
    32 31 30 29 28 27 26 25 24 23 22 21 20 19 18 17

34. Diagnosis Code List Qualifier [ ] [ ]   ( ICD-9 = B; ICD-10 = AB )
34a. Diagnosis Code(s)
    A _____  C _____
    (Primary diagnosis in "A")  B _____  D _____

31a. Other Fee(s)

32. Total Fee  12400.00

35. Remarks

## AUTHORIZATIONS

36. I have been informed of the treatment plan and associated fees. I agree to be responsible for all charges for dental services and materials not paid by my dental benefit plan, unless prohibited by law, or the treating dentist or dental practice has a contractual agreement with my plan prohibiting all or a portion of such charges. To the extent permitted by law, I consent to your use and disclosure of my protected health information to carry out payment activities in connection with this claim.

X  Patient Signature on file                    06/12/2023
   Patient/Guardian Signature                       Date

37. I hereby authorize and direct payment of the dental benefits otherwise payable to me, directly to the below named dentist or dental entity.

X _____
   Subscriber Signature                            Date

## BILLING DENTIST OR DENTAL ENTITY (Leave blank if dentist or dental entity is not submitting claim on behalf of the patient or insured/subscriber.)

48. Name, Address, City, State, Zip Code
    Sean Ference DDS
    838 Western Avenue
    Albany, NY 12203

49. NPI  1609360999    50. License Number  061790    51. SSN or TIN  872775809

52. Phone Number  ( 518 ) 489-3201    52a. Additional Provider ID

## ANCILLARY CLAIM/TREATMENT INFORMATION

38. Place of Treatment  [ 11 ]  (e.g. 11=office; 22=O/P Hospital)
    (Use "Place of Service Codes for Professional Claims")

39. Enclosures (Y or N) [ ]

40. Is Treatment for Orthodontics?
    [X] No (Skip 41-42)   [ ] Yes (Complete 41-42)

41. Date Appliance Placed (MM/DD/CCYY)

42. Months of Treatment Remaining

43. Replacement of Prosthesis
    [ ] No  [ ] Yes (Complete 44)

44. Date of Prior Placement (MM/DD/CCYY)

45. Treatment Resulting from
    [ ] Occupational Illness/Injury  [ ] Auto accident  [ ] Other accident

46. Date of Accident (MM/DD/CCYY)    47. Auto Accident State

## TREATING DENTIST AND TREATMENT LOCATION INFORMATION

53. I hereby certify that the procedures as indicated by date are in progress (for procedures that require multiple visits) or have been completed.

X Sean Ference                                   06/12/2023
  Signed (Treating Dentist)                         Date

54. NPI  1609360999        55. License Number  061790

56. Address, City, State, Zip Code    56a. Provider Specialty Code  1223P0300X

    838 Western Avenue
    Albany, NY 12203

57. Phone Number  ( 518 ) 489-3201    58. Additional Provider ID

01/22/2013  05:21    5186890035              REED FERENCE                              PAGE  01/05
                                          12:56:21 PM  2023164261986



**CAPITAL REGION**
Periodontics & Dental Implants

Reed Ference DDS, M. DENT. SC
Sean Ference DDS, M. DENT. SC
838 Western Ave
Albany, NY 12203
(518) 489-3201
www.albanyperioandimplants.com

# Fax

| To: | Claims Dept. | From: | Lanye |
|---|---|---|---|
| Fax: | (262) 834-3589 | Pages: | 5 |
| Phone: | | Date: | |
| Re: | | Cc: | |

☐ Urgent   ☐ For review   ☐ Please comment        ☐ Please reply   ☐ Please recycle

Comments: I've sent this to nosentia as well.

01/22/2013  05:21    5186890035                    REED FERENCE                              PAGE 04/05

**Name:** Jessica McKenna (109415)

**Image Name:** . Med info

01/11/2023  13:49 PM   TO: (5186890035)  FROM: (7730681)       Page 2


**Legal Aid Society**

40 New Street, Saratoga Springs, New York 12866
(800) 828-0087 | (518) 587 5188 | Fax (518) 587-0959
This office serves Saratoga, Warren and Washington Counties

May 30, 2023

Via Facsimile only:
Sean Ference, D.D.S.
831 Western Ave.
Albany NY 12203
Fax no.: 518-689-0035

In re: Jessica McKenna,

Dear Dr. Ference:

Our office is assisting your patient, Ms. Jessica McKenna with an appeal of a prior authorization denial by DentaQuest. Ms. McKenna shared with us that on or about April 20, 2023 your office called DentaQuest for a prior authorization for services, which was verbally denied. We are in the process of submitting an appeal of that verbal denial. Please provide us with a copy of the request for services, or otherwise let us know the procedure codes for the denied services. We would like to include specific codes in the appeal request. Please send us a copy of the documents via fax to (518)587-0959, or call me at (518)587-5188, ext. 446 to provide the codes.

A HIPAA Authorization, signed by Jessica McKenna is enclosed.

Should you have any questions or concerns about this request, please contact me at ph: 518-587-5188, ext. 446. Thank you for your assistance with this matter.

Kindest regards,

Legal Aid Society of
Northeastern New
York, Inc. by
Yours,
Kostadinova, Esq.
Senior Attorney
40 New Street
Saratoga Springs NY 12866

Cc: Jessica McKenna.

01/22/2013  05:21   5186890035          REED FERENCE                    PAGE  05/05
Name:       Jessica McKenna (109415)
Image Name: Letter for ins

## PRIMARY CARE

Complex Care Center

Adela Planerova, DDS, MS
Director of Dental Services at Complex Care Center
905 Culver Rd. Rochester, NY. 14609



UNIVERSITY of ROCHESTER
MEDICAL CENTER

MEDICINE of the HIGHEST ORDER

Re: Jessica McKenna

July 14, 2022

To whom it may concern,

Our mutual patient Jessica McKenna was recently seen for evaluation and treatment at The Complex Care Center, Dental clinic, Eastman Institute for Oral Health, University of Rochester.

This patient's complex medical history includes familial Cold Autoinflammatory disease, severe exocrine pancreatic insufficiency, small fiber neuropathy, autonomic dysfunction, bile duct dilatation, chronic pancreatitis, colitis, colitis infectis, fatty liver, Hypermobility syndrome, hemoptysis, joint and limb edema, livedo reticularis, lymphadenopathy, lymphedema, malabsorption, mega colon, migraine, non-neuropathic hereditaryfamilial amyloidosis, pelvic venous congestion, poly arthritis, pots- postural orthostatic tachycardia syndrome vaso- and inhibitory reflex, Raynaud's sy, Dry mouth, Allergies to Ativan, Gluten, Stimulant laxatives, Daltret, nepryhice.

History of problems: Jessica is 34 y old female is in our care for dental and medical needs. We provided full mouth extractions at the Operating Room setting with General Anesthesia on 2/2020. We fabricated complete dentures on 7/2020, unfortunately with side effect of possible severe local allergic reaction to acrylic bases of the dentures.

Based on clinical and X-rays clinical examination the diagnosis includes:
• Edentulous maxilla and mandible.

The current assessment suggests:
• Patient has been treated at our recommendation at OR Strong recently and all remaining teeth were removed during general anesthesia visit.
• Our treatment plan included replacing the missing teeth with dentures.
• Patient experienced localized allergic reactions to acrylic bases of dentures and did not tolerate to wear the denture.
• Patient is struggling with food intake as she is not able to use the dentures and it affects her wellbeing.
• Alternative treatment plan would include placement of implants which would support maxillary and mandibular bridges or overdentures, usually this treatment is not covered by insurance.

Jessica's underlying medical disease limits her ability to tolerate and manage a removable denture option. We suggest to restore the function of dentition by treatment alternative of fixed bridges supported by implants due to significance of declining health due to malnutrition. We believe that restoration of dentition will benefit patient in swallowing overall.

Thank you for consideration to support this treatment plan.
Best Regards,

Adela Planerova, DDS, MS

905 Culver Rd. Rochester, NY 14609
Appointments: 585-275-7000

www.ccc.urmc.edu
fax: 585-241-1311