# EXHIBIT J

Name: Jess McKenna | DOB:  | MRN: E3309263 | PCP: Amanda A Devine, NP | Legal Name: Jessica McKenna

# Letter Details



**UR MEDICINE
COMPLEX CARE
CENTER
905 CULVER RD
ROCHESTER NY
14609-7115
Dept: 585-276-7900
Dept Fax: 585-288-1381**

July 20, 2023

To Whom It May Concern:

Jessica McKenna is seen and treated at Complex Care Center for management of POTS Syndrome (G90.0), Gastroparesis (K31.84), PRSS1 (K86.1), and Cystic Fibrosis (E84.9). As a result of her disease processes, Jessica suffers significant mouth pain and dental decay. She has required extensive surgical repairs by her dental provider, Adela Planerova, DDS to correct this. In return, she requires the use of permanent dental implants to maintain adequate food and liquid consumption.

Due to Jessica's underling medical conditions, her disease limits the ability to tolerate and manage a removable denture option. In my professional medical opinion, I would recommend an **expedited appeal**, to prevent additional impact on Jessica's declining health and overall wellbeing.

If you have further questions please don't hesitate to call.

Sincerely,

Amanda A Devine, NP
*Electronically signed by Amanda A Devine, NP 7/20/2023 3:22 PM*

*This letter was initially viewed by Jess McKenna at 7/20/2023 3:24 PM.*



**CAPITAL REGION**
Periodontics & Dental Implants

Reed Ference DDS, M. DENT. SC
Sean Ference DDS, M. DENT. SC
838 Western Ave
Albany, NY 12203
(518) 489-3201
www.albanyperioandimplants.com

To Whom it May Concern,

My patient Jessica McKenna requires additional multi-phase surgeries to restore her to a full and functioning dentition. This requires regrowth of bone in the maxilla, as well as the sinus, an extensive healing period, and accurate placement of dental implants to support a fixed denture. These surgeries are difficult and complex and require someone with experience as they need to be successful the first time around.

In addition, Jessica requires IV sedation due to her complicated medical history and the length of each surgery. We have a relationship with a dental anesthesiologist who has successfully worked with Jessica in the past that will be assisting us with her upcoming surgeries.

Due to the complexity of her case and her complicated medical history, I believe Jessica's treatment would not be best served in a clinic setting. She would benefit from being seen in a private practice by an experienced surgeon that knows her. I believe changing doctors' mid treatment would be detrimental to her health and the success of the surgeries.

I ask you to please consider allowing her to continue care in our office. If you have any questions about her care here, please feel free to reach out.

Sincerely,

*Sean Ference D.D.S.*

Sean Ference DDS

Name: Jess McKenna | ▇▇▇▇▇▇ | MRN: E3309263 | PCP: Amanda A Devine, NP | Legal Name: Jessica McKenna

## Letter Details



**Name:** Jessica McKenna
**MRN:** E3309263
**Date of Birth:** ▇▇▇▇▇
July 7, 2023

To Whom It May Concern,

I am writing on behalf of my patient, Jessica McKenna as her primary care provider at the Complex Care Center. Given Jessica's issues and teeth loss she has had to maintain a soft/liquid diet which has complicated and worsened her nutritional status. She requires nutritional supplements to provide the necessary nutrients to maintain health as a result of tooth loss, I do not believe this to be related to malabsorption from underlying conditions at this time as we are able to provide appropriate pancreatic enzyme dosing.

It is also my professional opinion that the type of surgeries and procedures Jessica has required to restore her dental health are not appropriate for a clinic setting. Given her complicated medical history she requires the care of a specialist.

Sincerely,

Amanda A Devine, NP

CC:
No Recipients

*This letter was initially viewed by Jess McKenna at 7/7/2023 11:52 AM.*

MyChart® licensed from Epic Systems Corporation © 1999 - 2023(PRD1)

# Capital Region Prosthodontics
## HARRY E. ROSENSTEIN, D.M.D., P.C.

*Specialist in Prosthodontics and Maxillofacial Prosthetics*

April 14, 2023

Dataquest IPA of NY, LLC Claims
P.O. Box 2906
Milwaukee, WI 53201-2906

Re: Jessica McKenna
ID #: 10000396

Diagnosis Codes: G90.0, K31.84, K86.1, E84.9

To Whom It May Concern:

Ms. Jessica McKenna was referred to our office by Dr. Osinski. She has an extensive medical history and diagnosis's which has made it difficult for her to wear upper and lower dentures. She is in need of implant fixed prosthesis on maxillary and mandibular arches so she can eat and drink properly.

We attached a predetermination and are requesting coverage through her insurance company.

Thank you,
Harry E. Rosenstein, DMD, PC

Judy Clow, OFM

Attachments

ASSOCIATE
AMERICAN COLLEGE OF PROSTHODONTISTS

2079 WESTERN AVENUE • GUILDERLAND, NEW YORK 12084
(518) 862-0720 • (518) 862-0543 FAX
www.capitalregionprosthodontics.com



Fellow
American Academy of
Maxillofacial Prosthetics

**Aspire Anesthesia**
1 Blue Hill Plaza; Suite 1509
Pearl River, NY 10965
Tel: 646-770-3883

September 20, 2023

**RE: Patient Jessica McKenna**

To Whom it May Concern:

Ms. Jessica McKenna is a patient with complex medical history. Based on the physical health evaluation records as well as what was provided by UA Health dated 2/27/23, she suffers from conditions such as chronic pain, chronic anxiety and depression, POTS syndrome, Gastroparesis, PRSS1 and CFTR disorders and more. In addition, Ms. McKenna suffers from compromised oral health. Currently, she is edentulous, with bone loss and is need of dental implants as soon as possible. Considering the difficulty level of the surgical procedure in addition to the moderate to severe pain related to this dental surgery, the optimal support for Ms. McKenna is to be sedated for the dental treatment. Above all, considering Ms. McKenna's complex medical history and in order to optimize her safety and wellbeing, she requires advanced anesthesia methods such as intravenous anesthesia provided by a Specialist in Dental Anesthesiology.

If you have any additional questions, feel free to reach out to me at the above referenced contact.

Very truly yours,

*Konstantina Sarandeva Giesberg DDS*

Konstantina Sarandeva Giesberg DDS

Name: Jess McKenna | DOB:  | MRN: E3309263 | PCP: Amanda A Devine, NP | Legal Name: Jessica McKenna

## Letter Details



**Name**: Jessica McKenna
**MRN**: E3309263
**Date of Birth**:
July 7, 2023

To Whom It May Concern,

I am writing on behalf of my patient, Jessica McKenna as her primary care provider at the Complex Care Center. Given Jessica's issues and teeth loss she has had to maintain a soft/liquid diet which has complicated and worsened her nutritional status. She requires nutritional supplements to provide the necessary nutrients to maintain health as a result of tooth loss, I do not believe this to be related to malabsorption from underlying conditions at this time as we are able to provide appropriate pancreatic enzyme dosing.

It is also my professional opinion that the type of surgeries and procedures Jessica has required to restore her dental health are not appropriate for a clinic setting. Given her complicated medical history she requires the care of a specialist.

Sincerely,


Amanda A Devine, NP

CC:
No Recipients

2/20/23, 8:55 AM

MyChart - Letters

Name: Jess McKenna | DOB: 11/1/1986 | MRN: E3309263 | PCP: Amanda A Devine, NP

## Letter Details



**UR MEDICINE COMPLEX CARE CENTER**
905 CULVER RD
ROCHESTER NY
14609-7115
Dept: 585-276-7900
Dept Fax: 585-288-1381

February 16, 2023

To Whom It May Concern:

Jessica McKenna is seen and treated at Complex Care Center for management of POTS Syndrome (G90.0), Gastroparesis (K31.84), PRSS1 (K86.1), and Cystic Fibrosis (E84.9). As a result of her disease processes, Jessica suffers significant mouth pain and dental decay. She has required extensive surgical removal by her dental provider, Adela Planerova, DDS to correct this. In return, she requires the use of permanent dental implants to maintain adequate food and liquid consumption.

Due to Jessica's underling medical conditions, her disease limits the ability to tolerate and manage a removable denture option. In my professional medical opinion, I would recommend permanent implantation of dentition. By providing permanent restoration, Jessica can have significant impact on her declining health and overall wellbeing.

If you have further questions please don't hesitate to call.

Sincerely,

Amanda A Devine, NP
*Electronically signed by Amanda A Devine, NP 2/16/2023 11:26 AM*

*This letter was initially viewed by Jess McKenna at 2/16/2023 11:33 AM.*

MyChart® licensed from Epic Systems Corporation © 1999 - 2023(PRD6)

https://mychart.urmc.rochester.edu/MyChart/inside.asp?mode=letterdetails&id=WP-243jYpC52mnf-2FjLa-2FyfKN36w-3D-3D-24IU-2FWBkB9edl-2FYp....   1/2