# EXHIBIT K



## Fair Hearing Worksheet

**Member:**                                     **JESSICA MCKENNA**
**Member ID:**                                 **10000396**
**Method of Receipt:**                   Secure Email
**Claim/Prior Authorization Number:**     **202316426198401**

**Requested Treatment:**

- D7950 facial surgery for Upper Left Quadrant and Upper Right Quadrant;
- D7951 sinus augmentation for Upper Left Quadrant and Upper Right Quadrant.

**Denied Reason (If the service denied for occlusion, be sure to include the teeth in occlusion):** Services are only covered by your Health Plan for in network dentists. Our records do not show that your dentist is in our provider network. You may contact us for a dentist that is in network in your area. We have also told your dentist.

**Timeline:**

6/13/2023:     Authorization 202316426198401 was submitted by Dr. Sean Ference

Treatment submitted: D7950 facial surgery for Upper Left Quadrant and Upper Right Quadrant; D7951 sinus augmentation for Upper Left Quadrant and Upper Right Quadrant.

6/14/2023:     Treatment was determined and denied

7/25/2023:     Member filed an appeal with DentaQuest. Complaints and Grievance department received and created an appeal.

8/9/2023:     A resolution letter was submitted to the member and provider with the outcome of the re-review.

8/23/2023:     Member filed a State Fair Hearing Request

# State Fair Hearing Request

```
** REQUEST FOR FAIR HEARING **          ** REQUEST FOR FAIR HEARING
**           ** REQUEST FOR FAIR HEARING **

OAH - 1891                    NEW YORK STATE OFFICE OF TEMPORARY
AND DISABILITY ASSISTANCE     DATE CREATED 08/23/23
NOTICE OF FAIR HEARING REQUEST            OFFICE OF ADMINISTRATIVE
HEARINGS                      PAGE   2

CASE #        : MA116440      CIN   : EY34913K     FAIR HEARING # :
8648464H   DISPOSITION:
OFFICE        :              UNIT  : MASSI        WORKER         :
MA136   REPRESENTATIVE:  LEGAL AID SOCIETY OF NENY
CASE NAME  : MCKENNA         JESSICA              REQUEST DATE   :
08/16/23                 KOSTADINOVA    YOANA    N
STREET        : 292 CENTER LINE RD               REQUEST SOURCE :
EMAIL                    40 NEW STREET
CITY          : MIDDLE GROVE   ST NY ZIP 12850    POST/FAX DATE  :
PHONE         : 518-573-7269    SEX U DOB         SOC SEC NUMBER :
                         SARATOGA SPRING NY 12866
DAI                                                              :
518-587-5188(446 )
HEARING DATE:    /  /    TIME:   :   HO ASSIGNED:      OLD HEARING
DATE/TIME:    /  /     :      OLD HO ASSIGNED:

LOCATION     :               HEARING TYPE: TELEPHONE HEARG   SCHEDULE
STATUS:  T                   SCHEDULING RESTRICTIONS

M T W T F
AGENCY       : SARA VNA       INTERPRETER :                   ISSUE
DATE:                                    AM

CATEGORY     : MA             SUB-CATEGORY: HOLD          COMPLIANCE
COMPLAINT:                         PM

COMPLIANCE OBTAINED :
CAT                                  ACTION                  ISSUES
AIDSTATUS  NOTICE #   NOTICE DATE  EFFECTIVE DATE
MA       DENY    212  - MANAGED  LONG  TERM  CARE  CLINICAL  ISSUES
NA               06/14/23     06/14/23
MA    INAD   998  - TELEPHONE  HEARING  FOR  NON-HOMEBOUND  APPELLANTS
NA

PLACE OF HEARING : SARATOGA CO DEPT OF SOCIAL SERVICES

                 152 WEST HIGH STREET
                 BALLSTON SPA    NY 12020

COMMENTS:    MA DENY: MLTC ISSUES (VNA HOMECARE, PLAN ID#03529059)
             REQUESTOR: YOANA KOSTADINOVA, LEGAL REP
             REBUTTAL:
             DENIAL OF PRE-AUTHORIZATION FOR DENTAL SERVICES IS INCORRECT
DUE TO NO
             IN NETWORK PROVIDER AVAILABLE TO PERFORM THE SERVICES, OUT
OF NETWORK
             PROVIDER COVERAGE SHOULD BE AUTHORIZED.
             CLIENT IS HOMEBOUND AND CANNOT TRAVEL TO A HEARING LOCATION
DUE TO
             MULTIPLE MEDICAL CONDITIONS, WE WILL PROVIDE A MEDICAL NOTE.
PLEASE
             MARK AS HOMEBOUND HEARING.
```

NBX/SKY

COPY SENT TO:

8/21/23

# EXHIBIT A

Provider's Original Authorization
Request & Supporting
Documentation

01/22/2013  05:21   5186890035                REED FERENCE                    PAGE  02/05
12:56:21 PM 2023164261984

## ADA Dental Claim Form
ADA VERSION 2012

### HEADER INFORMATION

**1. Type of Transaction** (Mark all applicable boxes)
- [ ] Statement of Actual Services   [X] Request for Predetermination/Preauthorization
- [ ] EPSDT/Title XIX

**2. Predetermination/Preauthorization Number**

### INSURANCE COMPANY/DENTAL BENEFIT PLAN INFORMATION

**3. Company/Plan Name, Address, City, State, Zip Code**

DentaQuest
PO Box 2906
Milwaukee, WI 53201-2906

### OTHER COVERAGE (Mark applicable box and complete items 5-11. If none, leave blank.)

**4. Dental?** [ ]   **Medical?** [ ]   (If both, complete 5-11 for dental only.)

**5. Name of Policyholder/Subscriber in #4** (Last, First, Middle Initial, Suffix)

**6. Date of Birth (MM/DD/CCYY)**   **7. Gender** [ ]M [ ]F   **8. Policyholder/Subscriber ID (SSN or ID#)**

**9. Plan/Group Number**   **10. Patient's Relationship to Person named in #5**
[ ] Self  [ ] Spouse  [ ] Dependent  [ ] Other

**11. Other Insurance Company/Dental Benefit Plan Name, Address, City, State, Zip Code**

### POLICYHOLDER/SUBSCRIBER INFORMATION (For Insurance Company Named in #3)

**12. Policyholder/Subscriber Name** (Last, First, Middle Initial, Suffix), Address, City, State, Zip Code

McKenna, Jessica

Middle Grove, NY 12850

**13. Date of Birth (MM/DD/CCYY)**   **14. Gender** [ ]M [X]F   **15. Policyholder/Subscriber ID (SSN or ID#)**
10000396

**16. Plan/Group Number**   **17. Employer Name**

### PATIENT INFORMATION

**18. Relationship to Policyholder/Subscriber in #12 Above**
[X] Self  [ ] Spouse  [ ] Dependent Child  [ ] Other

**19. Reserved For Future Use**

**20. Name** (Last, First, Middle Initial, Suffix), Address, City, State, Zip Code

**21. Date of Birth (MM/DD/CCYY)**   **22. Gender** [ ]M [ ]F   **23. Patient ID/Account # (Assigned by Dentist)**
109415 40648

### RECORD OF SERVICES PROVIDED

| 24. Procedure Date (MM/DD/CCYY) | 25. Area of Oral Cavity | 26. Tooth System | 27. Tooth Number(s) or Letter(s) | 28. Tooth Surface | 29. Procedure Code | 29a. Diag. Pointer | 29b. Qty. | 30. Description | 31. Fee |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 10 | | | | D7951 | | 01 | Sinus Graft/RidgeAugmen.-late | 3200.00 |
| 2 | 20 | | | | D7951 | | 01 | Sinus Graft/RidgeAugmen.-late | 3200.00 |
| 3 | 10 | | | | D7950 | | 01 | Guided bone regeneration | 3000.00 |
| 4 | 20 | | | | D7950 | | 01 | Guided bone regeneration | 3000.00 |
| 5 | | | | | | | | | |
| 6 | | | | | | | | | |
| 7 | | | | | | | | | |
| 8 | | | | | | | | | |
| 9 | | | | | | | | | |
| 10 | | | | | | | | | |

**33. Missing Teeth Information** (Place an "X" on each missing tooth.)
1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16
32 31 30 29 28 27 26 25 24 23 22 21 20 19 18 17

**34. Diagnosis Code List Qualifier** ( ICD-9 = B; ICD-10 = AB )
**34a. Diagnosis Code(s)**  A _____  C _____
(Primary diagnosis in "A")  B _____  D _____

**31a. Other Fee(s)**

**32. Total Fee** 12400.00

**35. Remarks**

### AUTHORIZATIONS

**36.** I have been informed of the treatment plan and associated fees. I agree to be responsible for all charges for dental services and materials not paid by my dental benefit plan, unless prohibited by law, or the treating dentist or dental practice has a contractual agreement with my plan prohibiting all or a portion of such charges. To the extent permitted by law, I consent to your use and disclosure of my protected health information to carry out payment activities in connection with this claim.

X  Patient Signature on file         06/12/2023
   Patient/Guardian Signature        Date

**37.** I hereby authorize and direct payment of the dental benefits otherwise payable to me, directly to the below named dentist or dental entity.

X _____
   Subscriber Signature              Date

### BILLING DENTIST OR DENTAL ENTITY (Leave blank if dentist or dental entity is not submitting claim on behalf of the patient or insured/subscriber.)

**48. Name, Address, City, State, Zip Code**

Sean Ference DDS
838 Western Avenue
Albany, NY 12203

**49. NPI** 1609360999   **50. License Number** 061790   **51. SSN or TIN** 872775809

**52. Phone Number** ( 518 ) 489-3201   **52a. Additional Provider ID**

### ANCILLARY CLAIM/TREATMENT INFORMATION

**38. Place of Treatment** [11] (Use "Place of Service Codes for Professional Claims")
(e.g. 11=office; 22=O/P Hospital)

**39. Enclosures (Y or N)**

**40. Is Treatment for Orthodontics?**
[X] No (Skip 41-42)  [ ] Yes (Complete 41-42)

**41. Date Appliance Placed (MM/DD/CCYY)**

**42. Months of Treatment Remaining**

**43. Replacement of Prosthesis?**
[ ] No  [ ] Yes (Complete 44)

**44. Date of Prior Placement (MM/DD/CCYY)**

**45. Treatment Resulting from**
[ ] Occupational illness/injury  [ ] Auto accident  [ ] Other accident

**46. Date of Accident (MM/DD/CCYY)**   **47. Auto Accident State**

### TREATING DENTIST AND TREATMENT LOCATION INFORMATION

**53.** I hereby certify that the procedures as indicated by date are in progress (for procedures that require multiple visits) or have been completed.

X Sean Ference                      06/12/2023
  Signed (Treating Dentist)         Date

**54. NPI** 1609360999   **55. License Number** 061790

**56. Address, City, State, Zip Code**

838 Western Avenue
Albany, NY 12203

**56a. Provider Specialty Code** 1223P0300X

**57. Phone Number** ( 518 ) 489-3201   **58. Additional Provider ID**

01/22/2013  05:21  5186890035  REED FERENCE  PAGE 03/05
12:56:21 PM 20231 64261985

# ADA Dental Claim Form
ADA VERSION 2012

## HEADER INFORMATION

**1. Type of Transaction** (Mark all applicable boxes)

[X] Statement of Actual Services    [ ] Request for Predetermination/Preauthorization

[ ] EPSDT / Title XIX

**2. Predetermination/Preauthorization Number**

## INSURANCE COMPANY/DENTAL BENEFIT PLAN INFORMATION

**3. Company/Plan Name, Address, City, State, Zip Code**

DentaQuest
PO Box 2906
Milwaukee, WI 53201-2906

## OTHER COVERAGE (Mark applicable box and complete items 5-11. If none, leave blank.)

**4. Dental?** [ ]    **Medical?** [ ]    (If both, complete 5-11 for dental only.)

**5. Name of Policyholder/Subscriber in #4** (Last, First, Middle Initial, Suffix)

**6. Date of Birth (MM/DD/CCYY)**    **7. Gender** [ ]M [ ]F    **8. Policyholder/Subscriber ID (SSN or ID#)**

**9. Plan/Group Number**    **10. Patient's Relationship to Person named in #5**  [ ] Self [ ] Spouse [ ] Dependent [ ] Other

**11. Other Insurance Company/Dental Benefit Plan Name, Address, City, State, Zip Code**

## POLICYHOLDER/SUBSCRIBER INFORMATION (For Insurance Company Named in #3)

**12. Policyholder/Subscriber Name** (Last, First, Middle Initial, Suffix), Address, City, State, Zip Code

McKenna, Jessica

Middle Grove, NY 12850

**13. Date of Birth (MM/DD/CCYY)**    **14. Gender** [ ]M [X]F    **15. Policyholder/Subscriber ID (SSN or ID#)**  10000396

**16. Plan/Group Number**    **17. Employer Name**

## PATIENT INFORMATION

**18. Relationship to Policyholder/Subscriber in #12 Above**  [X] Self [ ] Spouse [ ] Dependent Child [ ] Other

**19. Reserved For Future Use**

**20. Name** (Last, First, Middle Initial, Suffix), Address, City, State, Zip Code

**21. Date of Birth (MM/DD/CCYY)**    **22. Gender** [ ]M [ ]F    **23. Patient ID/Account # (Assigned by Dentist)**  109415 40653

## RECORD OF SERVICES PROVIDED

| | 24. Procedure Date (MM/DD/CCYY) | 25. Area of Oral Cavity | 26. Tooth System | 27. Tooth Number(s) or Letter(s) | 28. Tooth Surface | 29. Procedure Code | 29a. Diag. Pointer | 29b. Qty. | 30. Description | 31. Fee |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 06/02/2023 | 10 | | | | D7951 | | 01 | Sinus Graft/RidgeAugmen.~late | 3200.00 |
| 2 | 06/02/2023 | 20 | | | | D7951 | | 01 | Sinus Graft/RidgeAugmen.~late | 3200.00 |
| 3 | 06/02/2023 | 10 | | | | D7950 | | 01 | Guided bone regeneration | 3000.00 |
| 4 | 06/02/2023 | 20 | | | | D7950 | | 01 | Guided bone regeneration | 3000.00 |
| 5 | | | | | | | | | | |
| 6 | | | | | | | | | | |
| 7 | | | | | | | | | | |
| 8 | | | | | | | | | | |
| 9 | | | | | | | | | | |
| 10 | | | | | | | | | | |

**33. Missing Teeth Information** (Place an "X" on each missing tooth.)

1  2  3  4  5  6  7  8  9  10  11  12  13  14  15  16
32 31 30 29 28 27 26 25 24 23 22 21 20 19 18 17

**34. Diagnosis Code List Qualifier** ( ) ( ICD-9 = B; ICD-10 = AB )

**34a. Diagnosis Code(s)** (Primary diagnosis in "A")   A _____  C _____   B _____  D _____

**31a. Other Fee(s)**

**32. Total Fee** 12400.00

**35. Remarks**

## AUTHORIZATIONS

**36.** I have been informed of the treatment plan and associated fees. I agree to be responsible for all charges for dental services and materials not paid by my dental benefit plan, unless prohibited by law, or the treating dentist or dental practice has a contractual agreement with my plan prohibiting all or a portion of such charges. To the extent permitted by law, I consent to your use and disclosure of my protected health information to carry out payment activities in connection with this claim.

X **Patient Signature on file**  06/12/2023
Patient/Guardian Signature    Date

**37.** I hereby authorize and direct payment of the dental benefits otherwise payable to me, directly to the below named dentist or dental entity.

X _____
Subscriber Signature    Date

## BILLING DENTIST OR DENTAL ENTITY (Leave blank if dentist or dental entity is not submitting claim on behalf of the patient or insured/subscriber).

**48. Name, Address, City, State, Zip Code**

Sean Ference DDS
838 Western Avenue
Albany, NY 12203

**49. NPI** 1609360999    **50. License Number** 061790    **51. SSN or TIN** 872775809

**52. Phone Number** ( 518 ) 489-3201    **53a. Additional Provider ID**

## ANCILLARY CLAIM/TREATMENT INFORMATION

**38. Place of Treatment** [ ] 11 (e.g. 11=office; 22=O/P Hospital) (Use "Place of Service Codes for Professional Claims")

**39. Enclosures (Y or N)**

**40. Is Treatment for Orthodontics?** [X] No (Skip 41-42)  [ ] Yes (Complete 41-42)

**41. Date Appliance Placed (MM/DD/CCYY)**

**42. Months of Treatment Remaining**    **43. Replacement of Prosthesis?** [ ] No [ ] Yes (Complete 44)    **44. Date of Prior Placement (MM/DD/CCYY)**

**45. Treatment Resulting from**

[ ] Occupational illness/injury    [ ] Auto accident    [ ] Other accident

**46. Date of Accident (MM/DD/CCYY)**    **47. Auto Accident State**

## TREATING DENTIST AND TREATMENT LOCATION INFORMATION

**53.** I hereby certify that the procedures as indicated by date are in progress (for procedures that require multiple visits) or have been completed.

X **Sean Ference**    06/12/2023
Signed (Treating Dentist)    Date

**54. NPI** 1609360999    **55. License Number** 061790

**56. Address, City, State, Zip Code**

838 Western Avenue
Albany, NY 12203

**56a. Provider Specialty Code** 1223P0300X

**57. Phone Number** ( 518 ) 489-3201    **58. Additional Provider ID**

01/22/2013   05:21   5186890035          REED FERENCE          PAGE  01/05
12:56:21 PM 20231642619



**CAPITAL REGION**
Periodontics & Dental Implants

Reed Ference DDS, M. DENT. SC
Sean Ference DDS, M. DENT. SC
838 Western Ave
Albany, NY 12203
(518) 489-3201
www.albanyperioandimplants.com

# Fax

| To: | Claims Dept. | From: | Lanye |
|---|---|---|---|
| Fax: | (262) 834-3589 | Pages: | 5 |
| Phone: | | Date: | |
| Re: | | Cc: | |

☐ Urgent      ☐ For review      ☐ Please comment          ☐ Please reply  ☐ Please recycle

Comments: I've sent this to noscontia as well.

01/22/2013  05:21   5186890035          REED FERENCE                    PAGE  04/05
                                        1 2 : 5 6 : 2 1  PM  2 0 2 3 1 6 4 2 6 1 9 8 7

**Name:**     Jessica McKenna (109415)

**Image Name:** . Med Info

01/21/2013  13:40 PM   TO:15186890035  (PAGE: #77;000X13)          Page : 2



40 New Street, Saratoga Springs, New York 12866
(800) 628-0087 ♦ (518) 587 5188 ♦ Fax: (518) 587-0058
This office serves Saratoga, Warren and Washington Counties

| James C. Hacker | Rita Stengel Esq. | Peter B. Rienzo | Wendy Wohlberg | Erica Laplant |
|---|---|---|---|---|
| President | Executive Director | Deputy Director | Deputy Director | Deputy Direc. |

May 30, 2023

Mr. Ferderbar (sp):
Sean Ferderbar, P.D.S.
826 Western Ave.
Albany NY 12203
Fax, no.: 518-689-0035

In re: Jessica McKenna, DOB: [REDACTED]

Dear Dr. Ferguson:

Our office is assisting your patient, Ms. Jessica McKenna with an appeal of a prior authorization denial by DentaQuest. Ms. McKenna shared with us that on or about April 20, 2023 your office called DentaQuest for a pre-authorization for services, which was verbally denied. We are in the process of submitting an appeal of that verbal denial. Please provide us with a copy of the request for services, or otherwise let us know the procedure codes for the denied services. We would like to include specific codes in the appeal request. Please send us a copy of the documents via fax to (518)587-0058, or call me at (518)587-5188, ext. 446 to provide the codes.

A HIPAA Authorization, signed by Jessica McKenna is enclosed.

Should you have any questions or concerns about this request, please contact me at ph: 518/587-5188, ext. 446. Thank you for your assistance with this matter.

Kindest regards,

Legal Aid Society of
Northeastern New
York, Inc. by
Yelena
Kaminskaya, Esq.
Senior Attorney
40 New Street
Saratoga Springs NY 12866

Cc: Jessica McKenna

01/22/2013   05:21   5186890035                REED FERENCE                       PAGE   05/05

**Name:**     Jessica McKenna (109415)

**Image Name:**   Letter for ins

## PRIMARY CARE

Complex Care Center

Adele Planerous, DDS, MS
Director of Dental Services at Complex Care Center
905 Culver Rd, Rochester, NY 14600



UNIVERSITY of
ROCHESTER
MEDICAL CENTER
MEDICINE of THE HIGHEST ORDER

Re: Jessica, McKenna ███████████

July 14, 2022

To whom it may concern,
Our mutual patient Jessica McKenna was recently seen for evaluation and treatment at The Complex Care Center, Dental clinic, Eastman Institute for Oral Health, University of Rochester.

The patient's complex medical history includes familial Cold Autoinflammatory disease, severe exocrine pancreatic insufficiency, small fiber neuropathy, systematic dysfunction, fatty liver disease, chronic pancreatitis, colitis, colonic interitis, fatty liver, hypermobility syndrome, dyscrypiasonia, joint and limb edema, livedo reticularis, lymphangiectasia, lymphedema, malabsorption, mega colon, migraine, non-neuropathic hereditary familial amyloidosis, pelvic venous compression, poly arthritis, post-postural orthostatic tachycardia syndrome vaso anal inhibitory reflex, Raynaud's sy, Dry mouth, Allergies to Ativan, Gluten, Stimulant laxatives, Zofran, agraphism.

History of problem: Jessica is 34 y old female in our care for dental and medical needs. We provided full mouth extractions at the Operating Room setting with General Anesthesia on 2/2020. We fabricated complete dentures on 7/2020, unfortunately with side effect of possible severe local allergic reaction to acrylic bases of the dentures.

Based on clinical and x rays dental examination the diagnosis includes:
• Edentulous maxilla and mandible.

The current assessment suggests:
• Patient has been treated at our recommendation at Dr. Strong recently and all remaining teeth were removed during general anesthesia visit.
• Our treatment plan included replacing the missing teeth with dentures.
• Patient experienced localized allergic reactions to acrylic bases of dentures and did not tolerate to wear the dentures.
• Patient is struggling with food intake as she is not able to use the dentures and it affects her wellbeing.
• Alternative treatment plan would include placement of implants which would support maxillary and mandibular bridges or overdenture, usually this treatment is not covered by insurance.

Jessica's underlying medical disease limits her ability to tolerate and manage a removable denture option. We suggest to restore the function of dentition by treatment alternative of fixed bridges supported by implants due to significance of declining health due to malnutrition. We believe that restoration of dentition will benefit patients wellbeing overall.

Thank you for consideration to support this treatment plan.
Best Regards,

Adele Planerous, DDS, MS

905 Culver Rd, Rochester, NY 14600
Appointments: 585-279-7800

www.cca.urmc.edu
fax: 585-281-1311

# EXHIBIT B

## DentaQuest's Authorization Determination Letter to Provider

# DentaQuest - Authorization Determination

Please address questions to:

**DentaQuest**

**DentaQuest IPA of New York, LLC**
**PO BOX 2906**
**Milwaukee, WI 53201-2906**
**Phone: (888) 308-2508**
**Fax: (262) 834-3589**

Sean Ference
838 Western Ave
Albany, NY 12203

**Provider:** Sean Ference

**Service Office:** Sean Ference DDS
838 Western Ave
Albany, NY 12203

**File Number:** 202316426198401

**Receipt Date:** 06/13/2023     **Determination Date:** 06/14/2023     **Mail Date:** June 14, 2023

**Member:**

10000396     JESSICA MCKENNA     DOB: ▮▮▮▮▮

**Group:** NY Nascentia Health Inc

**SubGroup:** NY Nascentia Health Adult Medicaid MLTC

| Procedure: | | Tooth ID | Qty | Status | Determination Type | Determination Reason | Additional Denial |
|---|---|---|---|---|---|---|---|
| D7951 | sinus augmentation | Upper Right Quadrant | 1 | Denied | Admin | Services provided by an Out-of- Network or Non-contracted provider are not provided under this benefit program. | |
| D7951 | sinus augmentation | Upper Left Quadrant | 1 | Denied | Admin | Services provided by an Out-of- Network or Non-contracted provider are not provided under this benefit program. | |
| D7950 | osseous, osteoperiosteal, or cartilage graft of the mandible or maxilla - autogenous or nonautogenous, by report | Upper Right Quadrant | 1 | Denied | Admin | Services provided by an Out-of- Network or Non-contracted provider are not provided under this benefit program. | |
| D7950 | osseous, osteoperiosteal, or cartilage graft of the mandible or maxilla - autogenous or nonautogenous, by report | Upper Left Quadrant | 1 | Denied | Admin | Services provided by an Out-of- Network or Non-contracted provider are not provided under this benefit program. | |

**Expiration Date:** 12/11/2023

Current Dental Terminology © American Dental Association. All Rights Reserved.



Auth Priority: Standard

| | |
|---|---|
| Documentation Requested: | N/A |
| HLD Index/Salzmann/Ortho Score: | N/A |
| SPU Information: | N/A |
| Facility Name: | N/A |
| Tentative Date of Service: | N/A |
| Medical Auth Number: | N/A |
| Medical Auth Effective Start Date: | N/A |
| Medical Auth Effective End Date: | N/A |

Additional Comments:

**\*\*\* IMPORTANT:  DO NOT RETURN THIS AUTHORIZATION LETTER.  ALL CORRESPONDENCE MUST BE SUBMITTED ON A 2006 OR GREATER ADA CLAIM FORM FOR AUTHORIZATION REQUESTS OR PAYMENT REQUESTS. ANY REQUESTS NOT RECEIVED ON THE APPROPRIATE ADA CLAIM FORM WILL BE RETURNED TO YOUR OFFICE \*\*\***

Receipt of this notification in no way guarantees or implies payment will be made. Payment is contingent upon clinical criteria and/or the member's eligibility and benefit allowance on the date of determination. All appeals should be directed to DentaQuest in writing at DentaQuest, Attn:  Appeals PO Box 2906, Milwaukee, WI 53201 within sixty (60) calendar days for pre-service or post-service requests. All documents, records, and other information to support the appeal, including any written comments, should accompany the written appeal request. The provider may appeal on behalf of the member as an authorized representative. The provider or member may request the appeal to be expedited. A written notice of appeal determination will be sent within thirty (30) calendar days from receipt of seventy-two (72) hours for expedited requests. If a provider has questions or concerns regarding the determination, they may speak with a Dental Consultant during regular business hours. Providers and members may request a written copy of the clinical criteria or benefit provision used in the determination by calling DentaQuest at 1-(888) 308-2508.

Current Dental Terminology © American Dental Association. All Rights Reserved.



# EXHIBIT C

## DentaQuest's Initial Adverse Determination Letter to Member

DentaQuest
PO Box 2906
Milwaukee, WI 53201-2906

06142023206864M

JESSICA MCKENNA
PO BOX 83
MIDDLE GROVE, NY  12850

Authorization Reference Number: 202316426198401

* The CDT Code and Nomenclature in this notice are obtained from Current Dental
Terminology (including procedure codes, nomenclatures, descriptors and other data
contained therein) ("CDT"). CDT is copyright ©2023 American Dental Association. All
rights reserved. Applicable FARS/DFARS apply.



  

Nascentia
HealthOPTIONS    1050 West Genesee Street
Syracuse, New York 13204    888.477.HOME   nascentiahealthoptions.org

INITIAL ADVERSE DETERMINATION
DENIAL NOTICE

June 14, 2023

JESSICA MCKENNA
PO BOX 83
MIDDLE GROVE, NY  12850

Enrollee Number: 10000396
Coverage Type: MLTC Partial Capitation Plan
Service: D7950 facial surgery for Upper Left Quadrant and Upper Right Quadrant
 D7951 sinus augmentation for Upper Left Quadrant and Upper Right Quadrant
Provider: Sean Ference
Plan Reference Number: 202316426198401

Dear JESSICA MCKENNA:

This is an important notice about your services. Read it carefully. If you think this decision is wrong, you can ask for a Plan Appeal by **08/13/2023**. You are not responsible for payment of covered services and this is not a bill. Call this number if you have any questions or need help: 1-888-477-4663.

## Why am I getting this notice?

On June 13, 2023, you or your provider asked for
D7950 facial surgery for Upper Left Quadrant and Upper Right Quadrant
D7951 sinus augmentation for Upper Left Quadrant and Upper Right Quadrant
provided by Sean Ference.

You are getting this notice because DentaQuest on behalf of Nascentia Health Options has denied your request for services.

## Why did we decide to deny the request?

On June 14, 2023, DentaQuest on behalf of Nascentia Health Options decided to  deny this service because:

 the service can be provided by a participating provider.

- The request for sinus augmentation, Upper Right Quadrant was denied.
- The request for sinus augmentation, Upper Left Quadrant was denied.
- The request for facial surgery, Upper Right Quadrant was denied.

ID#IADNAC0001    

- The request for facial surgery, Upper Left Quadrant was denied.

- This decision was based on:
- Services are only covered by your Health Plan for in network dentists. Our records do not show that your dentist is in our provider network. You may contact us for a dentist that is in network in your area. We have also told your dentist.

## What if I don't agree with this decision?

If you think our decision is wrong, you can tell us why and ask us to change our decision.  This is called a **Plan Appeal**.  There is no penalty and we will not treat you differently because you asked for a Plan Appeal.

You have **60 calendar days** from the date of this notice to ask for a Plan Appeal.  The deadline to file a Plan Appeal is **08/13/2023**.

## Who can ask for a Plan Appeal?

You can ask for a Plan Appeal, or have someone else ask for you, like a family member, friend, doctor, or lawyer. If you told us before that someone may represent you, that person may ask for the Plan Appeal.  If you want someone new to act for you, you and that person must sign and date a statement saying this is what you want.  Or, you can both sign and date the attached Plan Appeal Request Form.  If you have any questions about choosing someone to act for you, call us at: 1-888-477-4663. TTY users call 711.

You can also call the Independent Consumer Advocacy Network (ICAN) to get free, independent advice about your coverage, complaints, and appeals' options. They can help you manage the appeal process. Contact ICAN to learn more about their services:
Independent Consumer Advocacy Network (ICAN)
Community Service Society of New York
633 Third Ave, 10th Floor
New York, NY 10017
**Phone:** 1-844-614-8800 (**TTY Relay Service:** 711)
**Web:** www.icannys.org | **Email:** ican@cssny.org

Are you having trouble getting the substance use disorder or mental health services that you need?
The Community Health Access to Addiction and Mental healthcare Project (CHAMP) is an ombudsman program that can help you with insurance rights and getting coverage for your care.
CHAMP can help! Contact:
Community Health Access to Addiction and Mental Healthcare Project (CHAMP)
Community Service Society of New York
633 Third Ave, 10th Floor
New York, NY 10017

**Phone:** 1-888-614-5400 (**TTY Relay Service:** 711)
**Web:** https://www.cssny.org/programs/entry/community-health-access-to-addiction¬
and-mental-healthcare-project-champ
**Email:** ombuds@oasas.ny.gov

## How do I ask for a Plan Appeal?

You can call, write or visit us to ask for a Plan Appeal. You or your provider can ask for your Plan Appeal to be **fast tracked** if you think a delay will cause harm to your health. **If you need help, or need a Plan Appeal right away, call us at 1-888-477-4663.**

### Step 1 – Gather your information.

When you ask for a Plan Appeal, or soon after, you will need to give us:
- Your name and address
- Enrollee number
- Service you asked for and reason(s) for appealing
- Any information that you want us to review, such as medical records, doctors' letters or other information that explains why you need the service.
- Any specific information needed for the plan to render a decision on appeal.

If your Plan Appeal is fast tracked, there may be a short time to give us information you want us to review.

To help you prepare for your Plan Appeal, you can ask to see the guidelines, medical records and other documents we used to make this decision. You can ask to see these documents or ask for a free copy by calling 1-888-477-4663.

### Step 2 – Send us your Plan Appeal.

Give us your information and materials by phone, fax, mail or in person:

Phone............................................................1-888-477-4663
Fax ................................................................315-870-7788
Mail...............................................................1050 West Genesee Street, Syracuse, NY 13204
In Person.......................................................1050 West Genesee Street, Syracuse, NY 13204

To send a written Plan Appeal, you may use the attached Appeal Request Form, but it is not required. Keep a copy of everything for your records.

## What happens next?

We will tell you we received your Plan Appeal and begin our review. We will let you know if we need any other information from you. If you asked to give us information in person, Nascentia Health Options will contact you (and your representative, if any).

We will send you a free copy of the medical records and any other information we will use to make the appeal decision. If your Plan Appeal is fast tracked, there may be a short time to review this information.

We will send you our decision in writing. If fast tracked, we will also contact you by phone. If you win your Plan Appeal, your service will be covered. If you lose your Plan Appeal, we will send you our Final Adverse Determination. The Final Adverse Determination will explain the reasons for our decision and your appeal rights. If you lose your Plan Appeal, you may request a Fair Hearing and, in some cases, an External Appeal.

ID#IADNAC0001



## When will my Plan Appeal be decided?

<u>Standard</u>– We will give you a written decision as fast as your condition requires but no later than 30 calendar days after we get your appeal.

<u>Fast Track</u> –We will give you a decision on a fast track Plan Appeal within 72 hours after we get your appeal.

Your Plan Appeal will be fast tracked if:
- A delay will seriously risk your health, life, or ability to function;
- Your provider says the appeal needs to be faster;
- You are asking for more of a service you are getting right now;
- You are asking for home care services after you leave the hospital;
- You are asking for more inpatient substance abuse treatment at least 24 hours before you are discharged; or
- You are asking for mental health or substance abuse services that may be related to a court appearance.

If your request for a Fast Track Plan Appeal is denied, we will let you know in writing and will review your appeal in the standard time.

<u>For both Standard and Fast Track</u> - If we need more information about your case, and it is in your best interest, it may take up to 14 days longer to review your Plan Appeal. We will tell you in writing if this happens.
You or your provider may also ask the plan to take up to 14 days longer to review your Plan Appeal.

## Can I ask for a State Fair Hearing?

You have the right to ask the State for a Fair Hearing about this decision **after** you ask for a Plan Appeal **and**:
- You receive a Final Adverse Determination. You will have 120 days from the date of the Final Adverse Determination to ask for a Fair Hearing;

**OR**
- The time for us to decide your Plan Appeal has expired, including any extensions. **If you do not receive a response to your Plan Appeal or we do not decide in time, you can ask for a Fair Hearing.** To request a Fair Hearing call 1-800-342-3334 or fill out the form online at http://otda.ny.gov/oah/FHReq.asp.

## Do I have other appeal rights?

You have other appeal rights if your plan said the service was: 1) not medically necessary, 2) experimental or investigational, 3) not different from care you can get in the plan's network, or 4) available from a participating provider who has the correct training and experience to meet your needs.

For these types of decisions, if we do not answer your Plan Appeal on time, the original denial will be reversed.



For these types of decisions, you may be eligible for an External Appeal. An External Appeal is a review of your case by health professionals that do not work for your plan or the State. You may need your doctor's help to fill out the External Appeal application.

Before you ask for an External Appeal:
- You must file a Plan Appeal and get the plan's Final Adverse Determination; or
- If you ask for a Fast Track Plan Appeal, you may also ask for a Fast Track External Appeal at the same time; or
- You and your plan may jointly agree to skip the Plan Appeal process and go directly to the External Appeal.

You have 4 months to ask for an External Appeal from when you receive your plan's Final Adverse Determination, or from when you agreed to skip the Plan Appeal process.

To get an External Appeal application and instructions:
- Call Nascentia Health Options at 1-888-477-4663; or
- Call the New York State Department of Financial Services at 1-800-400-8882; or
- Go on line: www.dfs.ny.gov

The External Appeal decision will be made in 30 days. Fast track decisions are made in 72 hours. The decision will be sent to you in writing. If you ask for an External Appeal and a Fair Hearing, the Fair Hearing decision will be the final decision about your benefits.

## Other help:

You can file a complaint about your managed care at any time with the New York State Department of Health by calling 1-866-712-7197.

You can call Nascentia Health Options at 1-888-477-4663 if you have any questions about this notice.


Sincerely,

Utilization Management Department
DentaQuest

Enclosure:    Appeal Request Form

cc:  Sean Ference



## Nascentia Health Options APPEAL REQUEST FORM
## FOR DENIAL OF SERVICES

**Mail this form to:**                                             **Fax to:**    315-477-9590
Nascentia Health Options
1050 West Genesee Street
Syracuse, NY 13204

Today's date: _____

**Deadline:**  If you want a Plan Appeal, **you must ask for it on time.  You have 60 days** from the date of this notice to ask for a Plan Appeal. The last day to ask for a Plan Appeal about this decision is **08/13/2023**.

---

**Enrollee Information**
Name:      JESSICA MCKENNA
Enrollee ID:  10000396
Address:      PO BOX 83  MIDDLE GROVE, NY  12850
Home Phone:   (518) 573-7269      Cell Phone:
Plan Reference Number: 202316426198401
Service being Denied: D7950 facial surgery for Upper Left Quadrant and Upper Right Quadrant
 D7951 sinus augmentation for Upper Left Quadrant and Upper Right Quadrant
**I think the plan's decision is wrong because:**

_____

_____

<u>Check all that apply:</u>
- ☐ I request a Fast Track Appeal because a delay could harm my health.
- ☐ I enclosed additional documents for review during the appeal.
- ☐ I would like to give information in person.
- ☐ I want someone to ask for a Plan Appeal for me:
  - Have you authorized this person with Nascentia Health Options before?  YES ☐ NO☐
  - Do you want this person to act for you for all steps of the appeal or fair hearing about this decision? You can let us know if change your mind.          YES☐     NO☐

**Requester (person asking for me)**
Name: _____ E- mail: _____
Address: _____
City: _____ State: _____ Zip Code: _____
Phone #: (_____)_____     Fax #: (_____)_____

**Enrollee Signature:** _____ Date:_____
**Requester Signature:** _____ Date:_____



*If this form cannot be signed, the plan will follow up with the enrollee to confirm intent to appeal.*

ID#IADNAC0001

**NOTICE OF NON-DISCRIMINATION**

**Nascentia Health Options** complies with Federal civil rights laws. **Nascentia Health Options** does not exclude people or treat them differently because of race, color, national origin, age, disability, or sex.

## **Nascentia Health Options** provides the following:

- Free aids and services to people with disabilities to help you communicate with us, such as:
  - Qualified sign language interpreters
  - Written information in other formats (large print, audio, accessible electronic formats, other formats)
- Free language services to people whose first language is not English, such as:
  - Qualified interpreters
  - Information written in other languages

## If you need these services, call **Nascentia Health Options** at 1-888-477-4663. For TTY/TDD services, call TTY/TDD 711.

If you believe that **Nascentia Health Options** has not given you these services or treated you differently because of race, color, national origin, age, disability, or sex, you can file a grievance with **Nascentia Health Options** by:

| | |
|---|---|
| Mail: | 1050 West Genesee Street, Syracuse, NY 13204 |
| Phone: | 1-888-477-4663 (for TTY/TDD services, call 711) |
| Fax: | 315-870-7788 |
| In person: | 1050 West Genesee Street, Syracuse, NY 13204 |

You can also file a civil rights complaint with the U.S. Department of Health and Human Services, Office for Civil Rights by:

| | |
|---|---|
| Web: | Office for Civil Rights Complaint Portal at https://ocrportal.hhs.gov/ocr/portal/lobby.jsf |
| Mail: | U.S. Department of Health and Human Services 200 Independence Avenue SW., Room 509F, HHH Building Washington, DC 20201 Complaint forms are available at http://www.hhs.gov/ocr/office/file/index.html |
| Phone: | 1-800-368-1019 (TTY/TDD 800-537-7697) |



| | |
|---|---|
| **ATTENTION: Language assistance services, free of charge, are available to you.  Call 1-888-477-4663 TTY/TDD 711 .** | English |
| ATENCIÓN: si habla español, tiene a su disposición servicios gratuitos de asistencia lingüística. Llame al 1-888-477-4663 TTY/TDD 711. | Spanish |
| 注意：如果您使用繁體中文，您可以免費獲得語言援助服務。請致電 1-888-477-4663 TTY/TDD 711. | Chinese |
| ملحوظة:  إذا كنت تتحدث اذكر اللغة، فإن خدمات المساعدة اللغوية تتوافر لك بالمجان.  اتصل برقم 1-888-477-4663 TTY/TDD711 رقم هاتف الصم والبكم< . | Arabic |
| 주의: 한국어를 사용하시는 경우, 언어 지원 서비스를 무료로 이용하실 수 있습니다1-888-477-4663 TTY/TDD 711 번으로 전화해 주십시오. | Korean |
| ВНИМАНИЕ: Если вы говорите на русском языке, то вам доступны бесплатные услуги перевода. Звоните 1-888-477-4663 (телетайп: TTY/TDD 711). | Russian |
| ATTENZIONE: In caso la lingua parlata sia l'italiano, sono disponibili servizi di assistenza linguistica gratuiti. Chiamare il numero 1-888-477-4663 TTY/TDD 711. | Italian |
| ATTENTION : Si vous parlez français, des services d'aide linguistique vous sont proposés gratuitement. Appelez le 1-888-477-4663 TTY/TDD 711. | French |
| ATANSYON: Si w pale Kreyòl Ayisyen, gen sèvis èd pou lang ki disponib gratis pou ou. Rele 1-888-477-4663 TTY/TDD 711. | French Creole |
| אויפמערקזאם:אויב איר רעדט אידיש, זענען פאראהאן פאר אייך שפראך הילף סערוויסעס פריי פון אפצאל. רופט 1-888-477-4663/TTY/TDD< . | Yiddish |
| UWAGA: Jeżeli mówisz po polsku, możesz skorzystać z bezpłatnej pomocy językowej. Zadzwoń pod numer1-888-477-4663 TTY/TDD 711 | Polish |
| PAUNAWA: Kung nagsasalita ka ng Tagalog, maaari kang gumamit ng mga serbisyo ng tulong sa wika nang walang bayad. Tumawag sa <1-888-477-4663/TTY/TDD 711. | Tagalog |
| লক্ষ করুনঃ যদি আপদন বা।ংল।, কথা বলে◌C◌◌ প।ে◌ন, C◌হিল দঃখেচ◌ায় ভাষা সহায়C◌◌ পদ।্ষবা◌ উপল◌ আে◌C◌◌ ফ।ন করুন ১-<toll 888-477-4663 TTY/TDD 711 | Bengali |
| KUJDES: Nëse flitni shqip, për ju ka në dispozicion shërbime të asistencës gjuhësore, pa pagesë. Telefononi në <1-888-477-4663 TTY/TDD 711. | Albanian |
| ΠΡΟΣΟΧΗ: Αν μιλάτε ελληνικά, στη διάθεσή σας βρίσκονται υπηρεσίες γλωσσικής υποστήριξης, οι οποίες παρέχονται δωρεάν. Καλέστε 1-888-477--4663 TTY/TDD 711. | Greek |
| خبردار: اگر آپ اردو بولتے ہیں، تو آپ کو یہاں کئ مدد کی خدمات مفت میں دستیاب ہیں ۔ کال کریں 1-888-477-4663 711TTY< .> | Urdu |



# EXHIBIT D

# Member's Appeal

07/25/2023   09:41 AM   TO:13158707788   FROM 8773069113        Page: 1

# Fax Transmission

**To:**   Dentaquest obo Nascentia                    **From:**   saratogafax@lasnny.org

**Fax:**  13158707788                                **Date:**   7/25/2023 9:41:26 AM EDT

**RE:**   appeal request                             **Pages:** 18

---

**Comments:**

Please see enclosed expedited appeal request with enclosures.

Thank you,
Yoana

07/25/2023   09:41 AM   TO:13158707788   FROM:8773069113      Page: 2



### 100 YEARS
1923 — 2023

**Legal Aid Society**
NORTHEASTERN NEW YORK

40 New Street, Saratoga Springs, New York 12866
(833) 628-0087 I (518) 587-5188 I Fax: (518) 587-0959

*This office serves Saratoga, Warren and Washington Counties*

| James E. Hacker | Nic Rangel, Esq. | Peter D. Racette | Wendy Wahlberg | Erica Ludwick |
|---|---|---|---|---|
| President | Executive Director | Deputy Director | Deputy Director | Deputy Director |

July 25, 2023

*Via facsimile to: 315-870-7788*
DentaQuest o/b/o
Nascentia Health Options
1050 West Genesee Street
Syracuse New York 13204

## REQUEST FOR FAST TRACK/EXPEDITED PLAN APPEAL

In re: Jessica McKenna, ████████████████████DOB:
████████ Enrollee Number 10000396; ph.no.: (518) 573-7269.

Dear DentaQuest:

Our office represents your enrollee Ms. Jessica McKenna. We are in receipt of your Initial Adverse Determination Denial Notice Dated June 14, 2023, with plan reference number: 202316426198401. We hereby request an expedited/fast track appeal of the determination, because Ms. McKenna's conditions are deteriorating due to the lack of dentition. A letter from Ms. McKenna's healthcare provider explaining her health issues and the need for expedited appeal is enclosed herein as Exhibit A.

On June 13, 2023, Dr. Ference requested approval for the following services: D7950 facial surgery for Upper Left Quadrant and Upper Right Quadrant; and D7951 sinus augmentation for Upper Left Quadrant and Upper Right Quadrant.

We hereby request reversal of the denial and approval of the services.

According to the NY State Medicaid Dental Policy and Procedure Code Manual procedure codes D7950 and D7951 are services covered under the Medicaid plan. See pg. 58, 70 of the Manual. See Exhibit B.

In your Denial Notice you state that: "On June 14, 2023, DentaQuest on behalf of Nascentia Health Options decided to deny this service because: the service can be provided by a participating provider."

"The decision was based on:
- Services are only covered by your Health Plan for in network dentists. Our records do not show that your dentist is in our provider network.

LSC | America's Partner for Equal Justice

**MAIN OFFICE:** 95 Central Avenue, Albany, New York 12206
(518) 462-6765 I (833) 628-0087 I Fax (518) 427-8352 I www.lasnny.org



You may contact us for a dentist that is in network in your area. We have also told your dentist."

This statement is both incorrect and renders your notice a legal nullity. You have failed to comply with the requirements for adequate notice under 18 NYCRR 358-3.3(a) and 18 NYCRR 358-2.2(a). It is also incorrect and misleading to claim that Ms. McKenna's health plan only covers in network dentists, for the reasons more fully described below. Additionally, Ms. McKenna has reached out on numerous occasions to the plan to find in network dentists. No dentists specializing in prosthodontics, dental anesthesia and implants are available in network in her area. Should there be a participating provider with such specializations in Ms. McKenna's area, please notify us immediately.

The only referral that was ever given to Ms. McKenna for an in-network provider was for a clinic in Schenectady, New York – Hometown Health Centers. They provide only primary and preventative care. They do not have specialists on staff that Ms. McKenna requires due to her complex medical conditions, including but not limited to prosthodontists and dental anesthesiologists. Ms. McKenna's providers have also opined that due to her medical conditions she requires specialized care which cannot be rendered in a clinical setting. Please see enclosed medical notes from Ms. McKenna's primary care provider Amanda A. Devine, NP and from Dr. Ference confirming that the surgeries and procedures which Ms. McKenna needs are not appropriate for a clinic setting, and that given her complicated medical history she requires the care of a specialist. See Exhibit C.

As a health plan, you have an obligation to provide your enrollees with adequate care to address their medical needs, including dental needs. Section 506.2(a) of 18 NYCRR provides that dental care in the Medical Assistance program shall include dental prosthetic and orthodontic appliances required to alleviate a serious health condition including one which affects employability. In order for Medicaid to cover dental implants and implant related services, the request for prior approval must include a letter from the patient's physician explaining how implants will alleviate the patient's medical condition and a letter from the patient's dentist explaining why other covered functional alternatives for prosthetic replacement will not correct the patient's dental condition. New York State Medicaid Program Provider Manual for Dental Procedure Codes Section VIII.

Here, Ms. McKenna has fully complied with the legal requirements for the services to be approved. She has provided a pre-authorization request in which both her dentists and her physician's office explain how implants will alleviate her medical conditions, and why other covered functional alternatives for prosthetic replacement will not correct her dental condition(s). Notably, Ms. Mckenna's teeth have been extracted, she is unable to tolerate removable dentures due to her medical

conditions, which leave implants and related bridgework as the only viable option for restoring her dentition.

Further, The Medicaid Managed Care/Family Health Plus/HIV Special Needs Plan Model Contract, which you as Medicaid Contractor are bound by, advises, in relevant part: if the Contractor "does not have a Participating Provider with *appropriate training and experience* to meet the particular health care needs of an Enrollee, the Contractor shall make a referral to an appropriate Non-Participating Provider, pursuant to a treatment plan approved by the Contractor in consultation with the Primary Care Provider, the Non-Participating Provider and the Enrollee or the Enrollee's designee. The Contractor shall pay for the cost of the services in the treatment plan provided by the Non-Participating Provider for as long as the Contractor is unable to provide the service through a Participating Provider." (emphasis added.)

Also, the Nascentia Health Options Member Handbook states that Nascentia approves dental prior authorizations for services. See page 15-16 of the Handbook. The Handbook expressly states that if no in network providers are available "Nascentia Health Options will work with providers outside of our network for you to get medically necessary services that are covered." See Handbook pg. 5.

Because no in network providers are available to meet Ms. McKenna's specialized needs, and Ms. McKenna's dental and primary care provider have proposed an appropriate treatment plan for medically necessary services, her treatment with the non-participating provider should be approved.

Further, there is no doubt that Ms. McKenna's lack of dentition affects her employability, because she is a chef by profession, thus both the medical necessity to alleviate a serious health condition and the employability criteria of Section 506.2(a) of 18 NYCRR are met.

For the foregoing reasons, we respectfully request that you review Ms. McKenna's case and rescind your Initial Adverse Determination Denial Notice dated June 13, 2023. We request that the services requested by Dr. Ference be approved as necessary out of network treatment for Ms. McKenna. We believe expedited review of our appeal request is appropriate as Ms. McKenna's health continues to deteriorate daily due to pain and malnutrition, caused by the absence of adequate dentition.

We are enclosing here a letter from Dr. Ference which explains the complexity of Ms. McKenna's case and the need for specialized treatment, and a letter from her primary care provider attesting the same. Exhibit C. We are also enclosing relevant parts of the Nascentia Handbook for your review. Exhibit D.

# EXHIBIT F

## Provider List



**DentaQuest**

a Sun Life company

**Provider Search Results Directory**

| | |
|---|---|
| **Plan name** | Nascentia Health Adult Medicaid MLTC |
| **Date created** | 09/01/23 |
| **Prepared by** | |
| **City** | Middle Grove |
| **State** | New York |
| **Country** | USA |
| **Distance** | 25 |
| **Specialties :** | General Dentistry, Oral & Maxillofacial Surgery, Pediatric Dentistry |

## General Dentistry

**Hoppe, Thomas H** | New Dimensions in Health care | 40 Wall St., AMSTERDAM NY, 12010 | 13.5 Miles | (518) 843-2575

**Specialties** : General Dentistry | **Gender** : Not Specified | **Languages Spoken** : English | **Accepting New patients** : Yes | **Board Certified** : No


**Mori, Judith** | New Dimensions in Health care | 40 Wall St., AMSTERDAM NY, 12010 | 13.5 Miles | (518) 843-2575

**Specialties** : General Dentistry | **Gender** : Female | **Languages Spoken** : English, Portuguese, Spanish | **Accepting New patients** : Yes | **Board Certified** : No


**Mukherjee, Subrata** | New Dimensions in Health care | 40 Wall St., AMSTERDAM NY, 12010 | 13.5 Miles | (518) 843-2575

**Specialties** : General Dentistry | **Gender** : Male | **Languages Spoken** : English, Portuguese, Hindi, Spanish, Bengali | **Accepting New patients** : Yes | **Board Certified** : No


**Regal, Maria E** | New Dimensions in Health care | 40 Wall St., AMSTERDAM NY, 12010 | 13.5 Miles | (518) 843-2575

**Specialties** : General Dentistry | **Gender** : Female | **Languages Spoken** : English, Spanish | **Accepting New patients** : Yes | **Board Certified** : No


**Hariri, Maryam** | maryam hariri | 368 Broadway Ste 18, SARATOGA SPRINGS NY, 12866 | 13.7 Miles | (518) 450-7111

**Specialties** : General Dentistry | **Gender** : Female | **Languages Spoken** : English | **Accepting New patients** : Yes | **Board Certified** : No


**Zandieh, Kayhan S** | Johnstown Family Dental, PLLC | 700 Fon Clair St, JOHNSTOWN NY, 12095 | 17.3 Miles | (518) 762-1990

**Specialties** : General Dentistry | **Gender** : Male | **Languages Spoken** : English, Persian, Farsi, Spanish | **Accepting New patients** : Yes | **Board Certified** : No

**Boolchandani, Mohan K** | Mohan K Boolchandani DDS | 7 S William St, JOHNSTOWN NY, 12095 | 17.6 Miles | (518) 762-8860

**Specialties** : General Dentistry | **Gender** : Male | **Languages Spoken** : English | **Accepting New patients** : Yes | **Board Certified** : No

**Abdul-Haqq, Jeremy J** | McDonnell and McMahon Pediatric Dentistry PLLC | 713 Pierce Road, CLIFTON PARK NY, 12065 | 20.2 Miles | (518) 373-1181

**Specialties** : General Dentistry | **Gender** : Male | **Languages Spoken** : English | **Accepting New patients** : Yes | **Board Certified** : No

**Chen, Lawrence** | McDonnell and McMahon Pediatric Dentistry PLLC | 713 Pierce Road, CLIFTON PARK NY, 12065 | 20.2 Miles | (518) 373-1181

**Specialties** : General Dentistry | **Gender** : Male | **Languages Spoken** : English, Chinese, Spanish, Mandarin Chinese | **Accepting New patients** : Yes | **Board Certified** : No

**Zhownirovych, Solomia** | McDonnell and McMahon Pediatric Dentistry PLLC | 713 Pierce Road, CLIFTON PARK NY, 12065 | 20.2 Miles | (518) 373-1181

**Specialties** : General Dentistry | **Gender** : Female | **Languages Spoken** : Ukrainian, English | **Accepting New patients** : Yes | **Board Certified** : No

**Abdullah, Sinan A** | Hometown Health Centers Dental at McClellan St | 600 Mcclellan St Dental Suite, SCHENECTADY NY, 12304 | 22 Miles | (518) 370-1441

**Specialties** : General Dentistry | **Gender** : Male | **Languages Spoken** : English, Spanish | **Accepting New patients** : Yes | **Board Certified** : No

**Forhad, Mohammed** | Hometown Health Centers Dental at McClellan St | 600 Mcclellan St Dental Suite, SCHENECTADY NY, 12304 | 22 Miles | (518) 370-1441

**Specialties** : General Dentistry | **Gender** : Male | **Languages Spoken** : English | **Accepting New patients** : Yes | **Board Certified** : No

**Khair, Mohammed A** | Hometown Health Centers Dental at McClellan St | 600 Mcclellan St Dental

Suite, SCHENECTADY NY, 12304 | 22 Miles | (518) 370-1441

**Specialties** : General Dentistry | **Gender** : Male | **Languages Spoken** : English, Urdu, Spanish |

**Accepting New patients** : Yes | **Board Certified** : No


**O'Neil, Trevor N** | Hometown Health Centers Dental at McClellan St | 600 Mcclellan St Dental Suite, SCHENECTADY NY, 12304 | 22 Miles | (518) 370-1441

**Specialties** : General Dentistry | **Gender** : Male | **Languages Spoken** : English, Spanish | **Accepting New patients** : Yes | **Board Certified** : No


**Ogden, Rory A** | Hometown Health Centers Dental at McClellan St | 600 Mcclellan St Dental Suite, SCHENECTADY NY, 12304 | 22 Miles | (518) 370-1441

**Specialties** : General Dentistry | **Gender** : Female | **Languages Spoken** : English | **Accepting New patients** : Yes | **Board Certified** : No


**Perry-Friedman, Henry N** | Hometown Health Centers Dental at McClellan St | 600 Mcclellan St Dental Suite, SCHENECTADY NY, 12304 | 22 Miles | (518) 370-1441

**Specialties** : General Dentistry | **Gender** : Male | **Languages Spoken** : English | **Accepting New patients** : Yes | **Board Certified** : No


**Tadele, Demisse** | Hometown Health Centers Dental at McClellan St | 600 Mcclellan St Dental Suite, SCHENECTADY NY, 12304 | 22 Miles | (518) 370-1441

**Specialties** : General Dentistry | **Gender** : Male | **Languages Spoken** : English | **Accepting New patients** : Yes | **Board Certified** : No


**Wasacz, Colin** | Hometown Health Centers Dental at McClellan St | 600 Mcclellan St Dental Suite, SCHENECTADY NY, 12304 | 22 Miles | (518) 370-1441

**Specialties** : General Dentistry | **Gender** : Male | **Languages Spoken** : English | **Accepting New patients** : Yes | **Board Certified** : No


**Mostavi, Atefeh** | Denna Dental | 15 Clifton Country Rd #5, CLIFTON PARK NY, 12065 | 22.1 Miles | (518) 693-1747

**Specialties** : General Dentistry | **Gender** : Female | **Languages Spoken** : English, Gujarati, Hindi,

Spanish | **Accepting New patients** : Yes | **Board Certified** : No

**Elsafty, Tarek Y** | Waterview Family Dentistry PC | 492 Hudson Ave P O Box 717, STILLWATER NY, 12170 | 23.1 Miles | (518) 664-8918
**Specialties** : General Dentistry | **Gender** : Male | **Languages Spoken** : Arabic, English, Spanish, French | **Accepting New patients** : Yes | **Board Certified** : No

**Szymczak, Robert S** | Robert Szymczak Family Dentistry | 116 County Highway 155, BROADALBIN NY, 12025 | 8.5 Miles | (518) 883-8585
**Specialties** : General Dentistry | **Gender** : Male | **Languages Spoken** : English | **Accepting New patients** : Yes | **Board Certified** : No

**McNeal, Sandra** | Dahlia Dental | 4298 State Highway 30, AMSTERDAM NY, 12010 | 9.6 Miles | (518) 842-0800
**Specialties** : General Dentistry | **Gender** : Female | **Languages Spoken** : English | **Accepting New patients** : Yes | **Board Certified** : No

## Oral & Maxillofacial Surgery

**Fox, John M** | Dr John M Fox | 101 E State St, GLOVERSVILLE NY, 12078 | 14.2 Miles | (518) 725-4216
**Specialties** : Oral & Maxillofacial Surgery | **Gender** : Male | **Languages Spoken** : English, Spanish | **Accepting New patients** : Yes | **Board Certified** : Yes

**Garcia Rivera, Hiram A** | Dr John M Fox | 101 E State St, GLOVERSVILLE NY, 12078 | 14.2 Miles | (518) 725-4216
**Specialties** : Oral & Maxillofacial Surgery | **Gender** : Male | **Languages Spoken** : English, Spanish | **Accepting New patients** : Yes | **Board Certified** : No

**Weiss, Stephanie R** | Dr John M Fox | 101 E State St, GLOVERSVILLE NY, 12078 | 14.2 Miles | (518) 725-4216

**Specialties** : Oral & Maxillofacial Surgery | **Gender** : Female | **Languages Spoken** : English, Spanish | **Accepting New patients** : Yes | **Board Certified** : No

**Wadhwa, Gurinder S** | Hometown Health Centers Dental at McClellan St | 600 Mcclellan St Dental Suite, SCHENECTADY NY, 12304 | 22 Miles | (518) 370-1441
**Specialties** : Oral & Maxillofacial Surgery | **Gender** : Male | **Languages Spoken** : English, Hindi, Panjabi | **Accepting New patients** : Yes | **Board Certified** : Yes

## Pediatric Dentistry

**Koster, Karissa R** | McDonnell and McMahon Pediatric Dentistry PLLC | 713 Pierce Road, CLIFTON PARK NY, 12065 | 20.2 Miles | (518) 373-1181
**Specialties** : Pediatric Dentistry, General Dentistry | **Gender** : Female | **Languages Spoken** : English | **Accepting New patients** : Yes | **Board Certified** : No