# EXHIBIT L

3:21

[< Recents]   Edit

# DR JOHN Fox (ORAL & MAXILLOFACIAL SURGEON)

| mess… | call | video | mail |

### Today

3:20 PM   **Outgoing Call**
49 seconds

phone  **RECENT**
(518) 725-4216

### Notes

**Send Message**

Favorites | Recents | Contacts | Keypad | Voicemail