# EXHIBIT M

3:26

‹ Recent

Ringer

Edit

H

# HOMETOWN HEALTH DENTAL CLINIC

mess...    call    video    mail

## Today

3:23 PM    **Outgoing Call**
3 minutes

3:21 PM    **Outgoing Call**
1 minute

phone    RECENT

(518) 370-1441

## Notes

Favorites    Recents    Contacts    Keypad    Voicemail

11:30

‹ Recents   Edit



# HOMETOWN HEALTH DENTAL CLINIC

| mess... | call | video | mail |
|---|---|---|---|

## Yesterday

4:47 PM  **Incoming Call** ☑
　　　　　4 minutes

Calls with a checkmark have been verified by the carrier.

phone  **RECENT**

(518) 370-1441

## Notes

| Favorites | Recents | Contacts | Keypad | Voicemail |
|---|---|---|---|---|

11:30

‹ Recents

Edit

**HC**

# HOMETOWN HEALTH DENTAL CLINIC

| mess... | call | video | mail |
|---|---|---|---|

## Today

10:24 AM    **Incoming Call** ☑
1 minute

10:22 AM    **Outgoing Call**
22 seconds

10:19 AM    **Outgoing Call**
2 minutes

Calls with a checkmark have been verified by the carrier.

phone
(518) 370-1441

Favorites    Recents    Contacts    Keypad    Voicemail