# EXHIBIT N





