UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

JESSICA MCKENNA,

                Plaintiff,

                                                **NOTICE OF APPEARANCE**

   v.

                                                **Case No. 1:23-CV-1546**

NASCENTIA HEALTH OPTIONS and          **(AMN/CFH)**
DENTAQUEST, LLC,

                Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

      **PLEASE TAKE NOTICE** that the undersigned hereby appears as counsel of record for Defendant Nascentia Health Options in the above-captioned action.  I certify that I am admitted to practice before this Court.

Dated: January 30, 2024
       Albany, New York

                                                GREENBERG TRAURIG, LLP

                                                By: */s/ Kelly L. McNamee*
                                                      Kelly L. McNamee
                                                      NDNY Bar Roll No. 520670
                                                      54 State Street, 6th Floor
                                                      Albany, New York 12207
                                                      Tel:  (518) 689-1482
                                                      Fax:  (518) 689-1499
                                                      Email:  mcnameek@gtlaw.com

                                                      *Attorneys for Defendant*
                                                      *Nascentia Health Options*