UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

JESSICA MCKENNA,

                Plaintiff,

    v.

NASCENTIA HEALTH OPTIONS and
DENTAQUEST, LLC,

                Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

**STIPULATION AND PROPOSED ORDER**

Case No. 1:23-CV-1546 (AMN/CFH)

    IT IS HEREBY STIPULATED and agreed by and between Plaintiff Jessica McKenna and Defendants Nascentia Health Options ("Nascentia") and DentaQuest, LLC ("DentaQuest"), by and through their counsel, that the time within which Nascentia and DentaQuest shall answer, move or otherwise respond to the complaint in this action is extended through June 24, 2024. Nascentia and DentaQuest also hereby waive service of the summonses, and waive any defense based on the absence of a summons or service, and defective service. All other defenses are expressly preserved.

Dated:   May 23, 2024
          Saratoga Springs, New York

LEGAL AID SOCIETY OF
NORTHEASTERN NEW YORK

By: */s/ Yoana Kostadinova*
    Yoana Kostadinova
    NDNY Bar Roll No. 704942
    40 New Street
    Saratoga Springs, NY 12866
    Tel: (518) 587-5188, ext. 446
    Fax: (518) 587-0959
    Email: ykostadinova@lasnny.org

*Attorneys for Plaintiff*

Dated:   May 23, 2024
          Albany, New York

GREENBERG TRAURIG, LLP

By: */s/ Jennifer M. Gomez*
    Jennifer M. Gomez
    NDNY Bar Roll No. 520204
    54 State Street, 6th Floor
    Albany, NY 12207
    Tel: (518) 689-1466
    Fax: (518) 689-1499
    Email: gomezj@gtlaw.com

*Attorneys for Defendant Nascentia Health Options*

Dated: May 23, 2024
Wellesley Hills, MA

DENTAQUEST, LLC

By: _/s/ Ariel I. Raphael_
Ariel I. Raphael
96 Worcester Street
Wellesley Hills, MA 02481
Tel: (617) 886-1702
Email: ariel.raphael@greatdentalplans.com

*Attorneys for Defendant DentaQuest, LLC*

SO ORDERED:

_____
The Honorable Christian F. Hummel
United States Magistrate Judge

2