UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

JESSICA MCKENNA,

                 Plaintiff,                 Case No. 1:23-CV-1546 (AMN/CFH)

    v.                                     **STIPULATION AND ORDER OF**
                                               **DISMISSAL WITH PREJUDICE**

NASCENTIA HEALTH OPTIONS and
DENTAQUEST, LLC,

                 Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

       **IT IS HEREBY STIPULATED AND AGREED**, by and between the Parties in the above captioned action through their respective undersigned counsel, and ordered by the Court, that in accordance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the above-captioned action and all claims alleged therein be dismissed with prejudice, with each party to bear its or her own fees and costs.

Dated:  March 5, 2025                           Dated:  March 5, 2025
         Saratoga Springs, New York               Albany, New York

LEGAL AID SOCIETY OF                      GREENBERG TRAURIG, LLP
NORTHEASTERN NEW YORK

By:  s/Yoana Kostadinova_____       By: s/Jennifer M. Gomez _____
    Yoana Kostadinova                           Jennifer M. Gomez
    NDNY Bar Roll No. 704942                NDNY Bar Roll No. 520204
    40 New Street                                   54 State Street, 6th Floor
    Saratoga Springs, NY 12866               Albany, NY 12207
    Tel:  (518) 587-5188, ext. 446           Tel:  (518) 689-1466
    Fax:  (518) 587-0959                        Fax:  (518) 689-1499
    Email:  ykostadinova@lasnny.org           Email:  gomezj@gtlaw.com

*Attorneys for Plaintiff*                             *Attorneys for Defendant Nascentia Health Options*

Dated: March 5, 2025
Wellesley Hills, MA

DENTAQUEST, LLC


By: s/Ariel I. Raphael
Ariel I. Raphael
NDNY Bar Roll No. 705895
96 Worcester Street
Wellesley Hills, MA 02481
Tel: (617) 886-1702
Email: ariel.raphael@greatdentalplans.com

*Attorneys for Defendant DentaQuest, LLC*

IT IS SO ORDERED:

_____
Anne M. Nardacci
U.S. District Judge

Dated: March 10, 2025
Albany, NY